IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-2237-AP**

**GARY KEMPER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Defendant's Motion to Reopen (doc. #20), filed June 24, 2011, is **GRANTED**.

This civil action is **REOPENED** for review by the Court.

Dated:  June 24, 2011.

        BY THE COURT:

        *s/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT