IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-2237-AP**

**GARY ALLEN KEMPER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Cite Supplemental Authority (Doc. #26) is **GRANTED**. The conventionally submitted materials and documents included as part of Doc. #26 shall be considered as part of plaintiff's opening brief.

Dated:  October 18, 2011