IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02237-WYD

GARY ALLEN KEMPER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is the Court on a "motion to attach to new case" filed by Plaintiff. The motion asks that the Court review the documents at ECF No. 39 and 40 and review the ALJ's decision regarding experts in Japan that Plaintiff has cited to.  (ECF No. 43.) Plaintiff also has filed a letter asking for clarification of the Court's Order of June 14, 2012.  (ECF No. 44.)  These motions and/or requests are improper and will be denied, as the case has been reversed and remanded to the Commissioner for further fact finding.  This Court no longer has jurisdiction over the case.  Accordingly, it is

ORDERED that the "motion to attach to new case" (ECF No. 43) and the request in Plaintiff's letter filed August 24, 2012 (ECF No. 44) are **DENIED**.

    Dated:  September 25, 2012.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE